JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Paul A. Okada, Deputy (SBN 197100)
By: Claire A. Cunningham, Deputy (SBN 226941)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4761
Facsimile: (650) 363-4034
E-mail: pokada@co.sanmateo.ca.us
E-mail: ccunningham@co.sanmateo.ca.us

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA V. WHITSITT, | Case No. CV 10-4996 LB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| COUNTY OF SAN MATEO | |
| Defendant. | |

The undersigned do hereby stipulate and request that the Court enter an order amending the Case Management and Pretrial Order dated March 10, 2011 (Docket #21) as follows:

- Non-expert discovery completion date: December 9, 2011
- Expert disclosures required by Federal Rules of Civil Procedure: January 6, 2012
- Rebuttal expert disclosures: January 13, 2012
- Expert discovery completion date: February 3, 2012

//
//
//
//
//

Case No. CV 10-4996 LB
STIPULATION AND ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER

| | | |
|---|---|---|
| 1 | Dated: October 6, 2011 | Respectfully submitted, |
| 2 | | JOHN C. BEIERS, COUNTY COUNSEL |
| 3 | | |
| 4 | | By: /s/ Claire Cunningham |
| 5 | | Claire A. Cunningham, Deputy |
| 6 | | Attorneys for Defendant<br>COUNTY OF SAN MATEO |
| 7 | Dated: October 6, 2011 | Respectfully submitted, |
| 8 | | |
| 9 | | SAMUELSON, WILSON & ROE |
| 10 | | |
| 11 | | By: /s/ Charles R. Roe |
| 12 | | Charles R. Roe<br>Attorneys for Plaintiff, LAURA WHITSITT |

**IT IS SO ORDERED.**

Dated: October 20, 2011            By: _____
                                          Laurel Beeler,
                                          United States Magistrate Judge

IT IS SO ORDERED
Laurel Beeler
U.S. Judge

---

2
STIPULATION AND ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER