UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| LAURA V WHITSITT, | No. C 10-04996 LB |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S SECOND CAUSE OF ACTION** |
| v. | |
| COUNTY OF SAN MATEO, | |
| Defendant. | [ECF No. 31] |

On November 7, 2011, Defendant County of San Mateo filed a motion for judgment on the pleadings as to Plaintiff Laura Whitsitt's second claim, which alleged wrongful termination in violation of public policy cause. ECF No. 31 at 1.[1] Defendant argues that, pursuant to section 815 of the California Government Code, public entities are immune from common law claims. *Id.* at 2. Defendant further asserts that wrongful termination in violation of public policy cause of action is a common law, judicially created tort. *Id.* (citing *Tameny v. Atlantic Richfield Co.*, 27 Cal.3d 167, 176-178 (Cal. 1980)). Defendant concludes that it is statutorily immune from Plaintiff's second claim. *Id.* Plaintiff concedes that a governmental entity is not liable for a suit based on a common law cause of action and, accordingly, does not object to the court striking its second cause of action. Opposition, ECF No. 34 at 1.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

UNITED STATES DISTRICT COURT
For the Northern District of California

1  After considering the case history, moving papers, and law, the court determines that this matter
2  is appropriate for resolution without oral argument. N.D. Cal. L.R. 7-1(b). The court **VACATES**
3  the hearing and **GRANTS** Defendant's unopposed motion because it, as a public entity, is statutorily
4  immune from common law torts such as Plaintiff's second claim, which asserts wrongful
5  termination in violation of public policy cause. *See Miklosy v. Regents of University of California*,
6  44 Cal.4th 876, 899-900 (Cal. 2008).

**IT IS SO ORDERED.**

Dated: December 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
C 10-4996 LB

2