AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Laura Whitsitt

Plaintiff(s),

V.

County of San Mateo

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10:CV-04996-LB

Notice is hereby given that, subject to approval by the court, __Plaintiff LAURA WHITSITT__ substitutes
(Party(s) Name)

__Curtis E. Allen__, State Bar No. __187748__ as counsel of record in
(Name of New Attorney)

place of __Charles R. Roe__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Curtis E. Allen
Address: 303 Twin Dolphin Drive, 6th Floor, Redwood City, CA 94065
Telephone: (650) 868-6620    Facsimile (650) 362-1864
E-Mail (Optional):

I consent to the above substitution.
Date: 3/27/2012

_/s/ Laura Whitsitt_
(Signature of Party(s))

I consent to being substituted.
Date: 3/27/2012

//s//
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/27/2012

_(signed)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 29, 2012

_(signed)_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]