UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LAURA V. WHITSITT,<br><br>    Plaintiff,<br>    v.<br>COUNTY OF SAN MATEO,<br><br>    Defendant.<br>_____/ | No. C 10-04996 LB<br><br>ORDER RE TIMING ON THURSDAY, AUGUST 9, 2010 |

Plaintiff's further deposition is scheduled for Thursday, August 9, 2010, at 8:30 a.m. in the court's jury room.  Mr. Allen's motion to withdraw is set for 10:30 a.m.  Plaintiff also filed a proposed order allowing her represent herself.  ECF No. 82.  That order does not address the standards for withdrawal set forth in this court's order regarding the motion to withdraw.  *See* Order, ECF No. 76.  Also, recent filings suggest that the parties may be settling their case.  *See* Joint Case Management Statement, ECF No. 80 at 3; Letter, ECF No. 93.

Under the circumstances, the court changes the schedule for Thursday, August 9, 2012, as follows:

| | |
|---|---|
| 9:00 a.m. | Hearing on Motion to Withdraw |
| 10:00 a.m. | Further Case Management Conference |
| 10:30 a.m. | Deposition in court's jury room |

The court likely will direct the parties to meet and confer between 9:15 a.m. and 10:00 a.m.  Also, the court assumes that the County is arranging a court reporter for Thursday.  Any questions

C 10-04996 LB
ORDER

about logistics may be directed to courtroom deputy Lashanda Scott at 415-522-3140.

Mr. Allen is directed to provide his client with a copy of this order.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge