JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Claire A. Cunningham, Deputy (SBN 226941)
By: Judith A. Holiber, Deputy (SBN 180619)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4795
Telephone: (650) 363-4747
Facsimile: (650) 363-4034
E-mail: ccunningham@smcgov.org
E-mail: jholiber@smcgov.org

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA V. WHITSITT,<br>Plaintiff,<br>vs.<br>COUNTY OF SAN MATEO,<br>Defendant. | Case No. CV 10-4996 LB<br>**STIPULATED DISMISSAL; ORDER** |

WHEREAS the County of San Mateo has reached an agreement with Plaintiff resolving this action; IT IS HEREBY STIPULATED by and between the County and Plaintiff through their designated counsel that the above-captioned action be and hereby is dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement and Release of All Claims.

//

//

//

//

//

Dated: ~~August~~ September 18, 2012

LAW OFFICE OF CURTIS ALLEN

By: /s/
Curtis E. Allen

Attorney for Plaintiff
LAURA V. WHITSITT

Dated: September 17, 2012

JOHN C. BEIERS, COUNTY COUNSEL

By: /s/
Claire A. Cunningham, Deputy
Judith A. Holiber, Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

**ORDER**

Pursuant to the parties' stipulation, this action is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 18, 2012

LAUREL BEELER, JUDGE
UNITED STATES DISTRICT COURT